**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

INVITAE CORPORATION, *et al*.,

Debtors.

Natera, Inc.,

Plaintiff,

v.

Invitae Corporation, *et al*.

Defendants.

**Order Filed on July 2, 2025**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No. 24-11362 (MBK)

Chapter 11

Adv. Pro. No. 25-01015 (MBK)

Hearing Date: May 22, 2025

Judge Michael B. Kaplan

**ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE**

The relief set forth on the following pages, numbered two (2) through two (2), is **ORDERED**.

**DATED: July 2, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter comes before the Court by way of a Motion to Dismiss (ECF No. 8) filed by Defendants, Invitae Corporation ("Invitae") and its debtor affiliates (collectively, the "Debtors"), seeking dismissal of the Verified Adversary Complaint filed by Plaintiff, Natera, Inc. ("Natera"). The parties agreed to a modified briefing schedule and the Court has considered fully the parties' submissions. On consent of the parties—and in accordance with D.N.J. LBR 9013-3(d)(2)—the Court decides this matter on the papers, without oral argument. For the reasons set forth in the accompanying Opinion, and for good cause, it is hereby

**ORDERED** that the Motion to Dismiss (ECF No. 8) is DENIED; and it is further

**ORDERED** that, in light of the Court's *sua sponte* abstention, the adversary proceeding is DISMISSED WITHOUT PREJUDICE.