Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re: Invitae Corporation
Debtor

Case No.: 24−11362−MBK
Chapter 11

Natera Inc.
Plaintiff

v.

Invitae Corporation
Defendant

Adv. Proc. No. 25−01015−MBK

Judge: Michael B. Kaplan

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on July 2, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 8
Order Granting Motion to Dismiss Adversary Proceeding (Related Doc # 8). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. Signed on 7/2/2025. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 2, 2025
JAN: wiq

Jeanne Naughton
Clerk