**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>INVITAE CORPORATION et al.,<br><br>Debtors. | Bankruptcy Action No. 24-11362 (MBK)<br><br>Adversary Proceeding No. 25-1015 (MBK) |
| NATERA INC.,<br><br>Appellant,<br><br>v.<br><br>INVITAE CORPORATION,<br><br>Appellee. | Civil Action No. 25-13394 (RK)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Appellant Natera Inc.'s appeal from the United States Bankruptcy Court for the District of New Jersey's "Order Dismissing Adversary Proceeding Without Prejudice." ("Order," No. 25-1015 (Bankr. D.N.J.), ECF No. 19.) After careful consideration of the parties' submissions, and for the reasons set forth in the accompanying Opinion, and for other good cause shown,

**IT IS** on this 27th day of April, 2026,

**ORDERED** that the Bankruptcy Court's Order is **AFFIRMED**; and it is further

**ORDERED** that the Clerk of Court shall close this case.

**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**